UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Becky Barnes-Boers,<br><br>        Plaintiff,<br><br>  v.<br><br>Tractor Supply Company, a Delaware Corporation; and Does 1-10,<br><br>        Defendants. | No.  2:13-cv-01585-GEB-CMK<br><br>**ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |
|---|---|

        The August 1, 2013 Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case on November 25, 2013, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. The August 1, 2013 Order further required that a status report be filed regardless of whether a joint report could be procured. No status report was filed as ordered.

        Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than November 25, 2013, why sanctions should not be imposed against her and/or her counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Plaintiff or her counsel is at fault, and whether a hearing is requested on the OSC.[1] If a hearing is

---

[1] "If the fault lies with the attorney, that is where the impact of

1

requested, it will be held on January 21, 2014, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

    IT IS SO ORDERED.

    Dated:  November 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." In re Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. Myers v. Shekter (In re Hill), 775 F.2d 1385, 1387 (9th Cir. 1985).

2