UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Becky Barnes-Boers, | No. 2:13-cv-01585-GEB-CMK |
|---|---|
| Plaintiff, | |
| v. | **ORDER IMPOSING MONETARY SANCTIONS** |
| Tractor Supply Company, a Delaware Corporation; and Does 1-10, | |
| Defendants. | |

An Order to Show Cause ("OSC") issued on November 19, 2013, directing Plaintiff to explain why sanctions should not be imposed against her and/or her counsel for failure to file a timely status report. (Order, ECF No. 7.) No response to the OSC was filed.

Since Plaintiff's counsel failed to respond to the OSC and failed to timely file a status report, Raymond Ballister, Jr., Esq. and/or Potter Handy, LLP is sanctioned five hundred dollars ($500.00). This sanction shall be paid to the Clerk of this Court no later than 4:00 p.m. on December 13, 2013, by a check made payable to the "United States Treasury." Proof of payment shall be filed within five (5) days of payment. This sanction is personal to Plaintiff's counsel or his law firm and

1

1  shall not be transmitted to Plaintiff.
2           IT IS SO ORDERED.
3           Dated:  December 2, 2013

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge

2