UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Becky Barnes-Boers,<br><br>           Plaintiff,<br><br>     v.<br><br>Tractor Supply Company, a<br>Delaware Corporation,<br><br>           Defendant. | No.  2:13-cv-01585-GEB-CMK<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

          Plaintiff filed a Notice of Settlement on January 19, 2015, in which she states:

> The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case. The settlement agreement has been drafted and is circulating for finalization. . . .
>
> The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Stipulation for Dismissal with prejudice as to all parties will be filed within 45 days.

(Pl.'s Notice of Settlement, ECF No. 11.)

          Therefore, a dispositional document shall be filed no later than March 5, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See E.D. Cal.

1

R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions."). The dates prescribed in the January 15, 2014 Status (Pretrial Scheduling) Order will remain on calendar because the mere representation that a case has been settled does not justify vacating them. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

IT IS SO ORDERED.

Dated: January 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2